*Gibboney* for petitioner. *Mr. Charles R. Hickox* and *Mr. Geo. H. Mitchell* for respondents.

---

No. 718. CAMP BIRD, LIMITED, *v.* FRANK W. HOWBERT, AS COLLECTOR OF INTERNAL REVENUE, ETC. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William V. Hodges* for petitioner. *The Solicitor General* and *Mr. W. C. Herron* for respondent.

---

No. 721. PHILLIPS COMPANY *v.* BYRON F. EVERITT, TRUSTEE, ETC. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William L. Carpenter* for petitioner. *Mr. Clarence A. Lightner* and *Mr. Stewart Hanley* for respondent.

---

No. 722. ALFRED R. SWANN *v.* W. W. AUSTELL, EXECUTOR, ETC., ET AL. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Daniel W. Rountree* and *Mr. Clifford L. Anderson* for petitioner. *Mr. Jack J. Spalding* and *Mr. Charles T. Hopkins* for respondents.

---

No. 732. WILLIAM F. HANRAHAN *v.* PACIFIC TRANSPORT COMPANY, LTD. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas B. Axtell* and *Mr. Fayette B. Dow* for petitioner. *Mr. Robert S. Erskine* and *Mr. L. de Grove Potter* for respondent.